IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TOMMY RADFORD                                                                                          PLAINTIFF

vs.                                          Civil No. 15-CV-1013

BEN OPELT, *et al.*                                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 14, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice pursuant to the three strikes provision of the PLRA. 28 U.S.C. § 1915(g). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. Upon payment of the filing fee, Plaintiff may file a motion to reopen the case.

**IT IS SO ORDERED**, this 19th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge